## STATE OF CONNECTICUT *v.* FLORIAN BANGULESCU

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 26 (AC 21881), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Michael Stone,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided December 30, 2003

## STATE OF CONNECTICUT *v.* MICKEY MINOR

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 87 (AC 22709), is denied.

*Gerald E. Bodell,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.

Decided December 30, 2003

## STATE OF CONNECTICUT *v.* DAVID BRIDGES

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 903 (AC 22875), is denied.

*Richard C. Marquette,* special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided December 30, 2003

## AFSCME, COUNCIL 4, LOCAL 704 *v.* DEPARTMENT OF PUBLIC HEALTH

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 1 (AC 23084), is granted, limited to the following issues:

"1. Did the Appellate Court properly reverse the judgment of the trial court, which found the parties to the arbitration jointly waived, by conduct or agreement, the deadline for rendering a decision by their conduct?

"2. Did the Appellate Court properly reverse the judgment of the trial court, which found that the plaintiff had waived its right to claim the award was untimely?"

The Supreme Court docket number is SC 17120.

*Thomas P. Clifford III*, assistant attorney general, in support of the petition.

*J. William Gagne, Jr.*, and *P. Jo Anne Burgh*, in opposition.

Decided December 30, 2003

## STATE OF CONNECTICUT *v.* SAMUEL HOOKS

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 75 (AC 23208), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.